UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEERICK ERONN GIVENS,
    Petitioner,
    v.
W. L. MUNIZ, Warden,
    Respondent.

Case No. 15-cv-05463-KAW (PR)

ORDER OF TRANSFER

    Petitioner, a state prisoner incarcerated at Salinas Valley State Prison ("SVSP"), has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the sentence imposed in the Sacramento County Superior Court.

    A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed may transfer the petition to the proper district in the furtherance of justice. *Id.*

    Pursuant to Habeas Local Rule 2254-3(a)(1), venue is proper in the Northern District for petitions challenging the lawfulness of a conviction or sentence from the following counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz and Sonoma. Under Habeas Local Rule 2254-3(a)(2), venue is proper in the Northern District if the petition challenges the manner in which the sentence is being executed, such as loss of good time credits, and the petitioner is confined in an institution located in a county listed in Habeas Local Rule 2254-3(a)(1). Under Habeas Local Rule 2254(b), if a petition filed in the Northern District does not conform to Habeas Local Rule 2254-3(a), venue shall be transferred to the district of conviction or sentencing, if the petition is challenging the conviction or sentence; or the district of confinement, if the petition is challenging

the manner in which the sentence is being executed.

Petitioner is challenging a sentence imposed in the Sacramento County Superior Court, which lies within the venue of the Eastern District of California. 28 U.S.C. § 84(b). Although Petitioner is incarcerated at SVSP, which is located in Monterey County, venue is not proper in the Northern District because Petitioner is not challenging the manner in which his sentence is being executed, but is challenging the sentence imposed. Thus, the proper venue for this petition lies in the Eastern District, not in the Northern District.

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action to the United States District Court for the Eastern District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this Court.

**IT IS SO ORDERED.**

Dated: February 5, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge