UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeERICK ERONN GIVENS, | No. 2:16-cv-00249 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| W. L. MUNIZ, Warden, | |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  On April 19, 2015, respondent filed and served a motion to dismiss the petition.  See ECF No. 17.  Petitioner's opposition or statement of non-opposition was due within thirty days, see ECF No. 12 at 2, ¶ 5, or by May 19, 2016.  However, petitioner has not responded to the motion.

    Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition or statement of non-opposition to respondent's pending motion to dismiss.  Failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 7, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE