UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeERICK ERONN GIVENS, | No. 2:16-cv-00249 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| W. L. MUNIZ, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. By order filed June 8, 2016, this court directed petitioner to file and serve an opposition or statement of non-opposition to respondent's pending motion to dismiss. See ECF No. 19. The court's order was served on petitioner at his address of record, Salinas Valley State Prison (SVSP). On June 27, 2016, that order was returned to the court on the ground that petitioner is no longer incarcerated at SVSP.

Review of the Inmate Locator website operated by the California Department of Corrections and Rehabilitation (CDCR)[1] indicates that petitioner is now incarcerated at California

---

[1] See http://inmatelocator.cdcr.ca.gov/ (Inmate Locator website operated by CDCR). This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").

1

State Prison Sacramento (CSP-SAC).  Petitioner has an ongoing obligation to notify the court and respondent of any change in address, as required by Local Rule 183(b).  Nevertheless, CDCR's failure to forward the court's order to petitioner at CSP-SAC remains puzzling.

The court notes that respondent's motion to dismiss was also served on petitioner at SVSP, on April 19, 2016.  See ECF No. 17-1 at 1.  Because it is unclear when petitioner was transferred, respondent will be directed to re-serve his motion and exhibits on petitioner at CSP-SAC.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall, within seven (7) days after the filing date of this order, re-serve on petitioner, at CSP-SAC, a copy of his motion to dismiss and supporting exhibits.

2. Petitioner shall, within thirty (30) days after service of this order, file and serve an opposition or statement of non-opposition to respondent's motion to dismiss.

3. Within fourteen (14) days after service of petitioner's response, respondent may serve and file a reply.

4. Petitioner is informed that failure to timely comply with this order and/or failure to promptly notify the court and respondent of any further change in address, as required by Local Rule 183(b), will the result in a recommendation that this action be dismissed without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

5. The Clerk of Court is directed to indicate on the court's docket that petitioner's current address of record is California State Prison Sacramento, and to serve this order on petitioner at that address.

SO ORDERED.

DATED: June 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE